IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

  v.                                          Civil No. 09-24-PB

Rebecca Hanson and
Top of the Line Roofing & Construction


ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

Upon Motion of the United States of America, it is

ORDERED that defendant, Rebecca Hanson, appear on behalf of

defendant, Top of the Line Roofing and Construction, at the U.S.

District Court for the District of New Hampshire, 55 Pleasant

Street, Courtroom No. 13 , Concord, New Hampshire, on the 10th

day of June , 2009, at 10:00 am. , for a hearing to

establish a schedule for periodic payment of the judgment.  It is

further

ORDERED that Rebecca Hanson, on the above-noted date,

participate in the disclosure of financial assets and liabilities

for Top of the Line Roofing and Construction by completing the

financial statement attached hereto as Exhibit A, by providing

copies of all documents listed in Exhibit A and by further

answering any questions propounded by the plaintiff or the Court

regarding Top of the Line Roofing and Construction's financial

assets and liabilities and their ability to repay the judgment

entered against them on April 6, 2009.

Dated at Concord, New Hampshire this 18th day of *May* ,

2009.

U.S. Magistrate Judge

cc:   U.S. Attorney
      Rebecca Hanson
      Top of the Line Roofing & Construction